**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Shukree SIMMONS, Defendant-Appellant.**

**No. 17-11916**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(November 7, 2017)

---

Lindsay Feinberg, U.S. Attorney Service—Middle District of Georgia, U.S. Attorney's Office, Macon, GA, for Plaintiff-Appellee

Akil Kenneth Secret, The Secret Firm, PC, Atlanta, GA, for Defendant-Appellant

Before HULL, WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert,* 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry,* 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).